PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Barry Turner                                   Cr.: 04-CR-188-02
                                                                 PACTS Number: 39048

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden

Date of Original Sentence: 05/18/06

Original Offense: Interference with Commerce by Threat or Violence

Original Sentence: 51 months incarceration; two-year-term of supervised release; $100 special assessment fee; participate in a substance abuse treatment; pay restitution in the amount of $2,000; full financial disclosure; and no new lines of credit.

Type of Supervision: Supervised Release               Date Supervision Commenced: 07/30/09

## PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of         Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

## CAUSE

Due to his delinquent restitution payment history, the probation office respectfully recommends the offender be placed on a payment schedule of $100 per month.

Respectfully submitted,

By: Suzanne J. Golda
U.S. Probation Officer
Date: 06/15/10

THE COURT ORDERS:

[X]  The Modification of Conditions as Noted Above
[ ]  The Extension of Supervision as Noted Above
[ ]  No Action
[ ]  Other

Signature of Judicial Officer

6-29-10
Date