PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Barry Turner

Cr.: 04-00188-002
PACTS Number: 39048

Name of Sentencing Judicial Officer: The Honorable Katherine S. Hayden

Date of Original Sentence: 05/18/06

Original Offense: Conspiracy to Commit Extortion Under Color of Official Right

Original Sentence: 51 months custody; 2 years supervised release; $2,000 restitution; $100 special assessment

Type of Supervision: Supervised Release       Date Supervision Commenced: 07/30/09

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

MENTAL HEALTH TREATMENT

You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.

## CAUSE

On October 12, 2010, and November 10, 2010, the offender was involved in two separate incidents where he utilized violence as a means of expression. Specifically, on October 12, 2010, the offender was observed by law enforcement throwing a trash can through a storefront window as a means of retaliation against an individual in the store. On November 10, 2010, the offender stabbed a dog that had attempted to bite him on the leg at the command of the dog owner, with whom the offender had been engaged in a verbal altercation.

LOCATION MONITORING PROGRAM   (2 months)   (Payment NOT waived)

You are to participate in the Location Monitoring Program. You shall be confined to your residence for a period of 2 months commencing at the direction of the U.S. Probation Office. You shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. You shall wear a Location Monitoring device and follow all location monitoring procedures. You shall permit the Probation Officer access to the

PROB 12B - Page 2
Barry Turner

residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. You shall comply with any other specific conditions of home confinement as the Court may require. You shall pay all the costs associated with the Location Monitoring Device. The U.S. Probation Office may use less restrictive location monitoring technology if the U.S. Probation Office determines that a less restrictive device is available and appropriate.

## CAUSE

The offender tested positive for cocaine on October 10, 2010, October 14, 2010, and December 15, 2010.

Respectfully submitted,
By: Gisela M. Bassolino
U.S. Probation Officer
Date: 02/09/11

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

2/23/11
_____
Date