UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America                  Criminal # 04-188 (KSH)

v.

Barry Turner                           **ORDER**

The financial inability of Defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 19th day of April, 2011

ORDERED that David Holman, AFPD from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent the defendant in the cause until further order of the Court.

_____
KATHARINE S. HAYDEN
United States District Judge