UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 04-188-02 |
| BARRY TURNER | : | O R D E R |

This matter having come before the Court on the April 6, 2011 petition of the United States Probation Office for a hearing regarding the failure of defendant Barry Turner to comply with certain conditions of the term of Supervised Release imposed upon defendant by this Court on or about May 18, 2006; and this Court having entered an Order dated February 23, 2011 modifying the conditions of supervised release; and the defendant having appeared before this Court on April 19, 2011, the United States being represented by Paul J. Fishman, United States Attorney for the District of New Jersey (Sandra L. Moser, Assistant U.S. Attorney, appearing), and defendant Barry Turner being represented by David Holman, Esq.

IT IS on this 19th day of April, 2011,

ORDERED that this Court's February 23, 2011 Order modifying the conditions of supervised release shall be amended to include a condition that defendant Barry Turner participate in the Location Monitoring Program until the anticipated conclusion of his term of supervised release on or about July 29, 2011;

IT IS FURTHER ORDERED that an Amended Request for Modifying

Conditions or Terms of Supervised Release will be submitted by the Probation Office reflecting the amended Location Monitoring Program condition, along with the conditions that defendant Barry Turner participate in Mental Health Treatment and seek employment; and

IT IS FURTHER ORDERED that the April 6, 2011 petition detailing six (6) violations shall be held in abeyance.

_____
HONORABLE KATHARINE S. HAYDEN
Senior United States District Judge