PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of offender:** Barry Turner

**Docket Number:** 04-00188-002
**PACTS Number:** 39048

**Name of Sentencing Judicial Officer:** Honorable Katharine S. Hayden
Senior United States District Judge

**Date of Original Sentence:** 05/18/2006

**Original Offense:** Conspiracy to Commit Extortion Under Color of Official Right

**Original Sentence:** 51 months imprisonment; 2 years supervised release; $2,000 restitution; $100 Special Assessment.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 07/30/09

**Assistant U.S. Attorney:** Sandra Moser, Esq., 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** David Holman, Esq., 1002 Broad Street, Newark, New Jersey 07102 (973) 645-6347

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the standard supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' |
|  | The offender tested positive for cocaine use on February 16, 2011; March 1, 2011; and March 8, 2011. |

2          The offender has violated the standard supervision condition which states **'You
shall answer truthfully all inquiries by the probation officer and follow the
instructions of the probation officer.'**

Given his continued cocaine use and his employment as a bus operator, it was
recommended he take a leave of absence from his employment to focus on
abstaining from further narcotics use. The offender refused.

3          The offender has violated the standard supervision condition which states **'You
shall not associate with any persons engaged in criminal activity, and shall
not associate with any person convicted of a felony unless granted
permission to do so by the probation officer.'**

When confronted as to his cocaine use, the offender denied use. Rather, he
explained he was engaged in sexual intercourse with individuals who use illegal
narcotics. As such, the offender associated with persons involved with or used
illegal narcotics.

4          The offender has violated the special supervision condition which states
**'LOCATION MONITORING PROGRAM   (2 months) (Payment NOT
waived)**

**You are to participate in the Location Monitoring Program.  You shall be
confined to your residence for a period of 2 months commencing at the
direction of the U.S. Probation Office.  You shall be required to be at this
residence at all times except for approved absences for gainful employment,
community service, religious services, medical care, educational or training
programs and at other such times as may be specifically authorized by the
U.S. Probation Office.  You shall wear a Location Monitoring device and
follow all location monitoring procedures.  You shall permit the Probation
Officer access to the residence at all times and maintain a telephone at the
residence without any custom services or portable, cordless equipment.  You
shall comply with any other specific conditions of home confinement as the
Court may require.  You shall pay all the costs associated with the Location
Monitoring Device.  The U.S. Probation Office may use less restrictive
location monitoring technology if the U.S. Probation Office determines that
a less restrictive device is available and appropriate.'**

The offender refused to be placed on home confinement, despite previously
signing a Waiver of Modification agreeing to the same. The home confinement
curfew  was approved by the Court via a modification of conditions on February
23, 2011.

5          The offender has violated the standard supervision condition which states **'You
shall not commit another federal, state, or local crime.'**

On November 10, 2010, the offender was arrested by the New York City Police
Department and charged with Criminal Possession of a Weapon, 3rd Degree, a
Class D Felony.

6      The offender has violated the mandatory supervision condition which states 'As a condition of supervision, you are instructed to pay restitution in the amount of $2,000; it shall be paid at a rate of $100 monthly.'

Since commencing supervised release on July 30, 2009, the offender has only paid $500 towards the $2,000 restitution obligation.

7      The offender has violated the standard supervision condition which states 'You shall not commit another federal, state, or local crime.'

On April 21, 2011, the defendant was arrested by the New York City Police Department and charged with Criminal Possession of a Controlled Substance, 3rd Degree (2 counts); Criminal Possession of a Controlled Substance, 4th Degree; Criminally Using Drug Paraphernalia, 2nd Degree; and, Possession of an Imitation Pistol .

I declare under penalty of perjury that the foregoing is true and correct.

By:  Gisella M. Bassolino
U.S. Probation Officer
Date: 4/29/11

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
Date