UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. BARRY TURNER (Crim No. 04-188) (KSH)

---

## PETITION FOR
## WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum            ( ) Ad Testificandum

1. **Barry Turner (NYSID: 09019610N)** (hereinafter the "Detainee") is now confined at the **George R. Vierno Center**, **East Elmhurst, New York**.

2. The Detainee is

    charged in this District in a warrant and petition for violations of the conditions of his supervised release in connection with his federal sentence imposed on May 18, 2006.

3. The Detainee will

    return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at **Frank R. Lautenberg, U.S. Post Office & Courthouse, Federal Square, Newark, New Jersey** before the **Hon. Katharine S. Hayden, U.S. District Judge**, on **June 7, 2011**, at **2:00 pm**, for **a violation of supervised release hearing** in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: May 10, 2011

_[signature]_
Sandra L. Moser
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 5/11/11

*[signature]*

HON. KATHARINE S. HAYDEN
United States District Judge

## WRIT OF HABEAS CORPUS

The United States of America to **Warden of the George R. Vierno Center, East Elmhurst, New York:**

WE COMMAND YOU to have the body of

**Barry Turner (Case No. 04-188) (NYSID: 09019610N)**,

now confined at the **George R. Vierno Center, East Elmhurst, New York**, brought before the United States District Court, the **Hon. Katharine S. Hayden, U.S. District Judge**, at the **Frank R. Lautenberg, U.S. Post Office & Courthouse, Federal Square, Newark, New Jersey**, on **June 7, 2011** at **2:00 pm**, in civilian clothes, so that the Detainee may appear **for a violation of supervised release hearing** in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable **Katharine S. Hayden**
United States District Judge
**Newark, New Jersey**.

DATED: 5/11/11

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: *[signature]*
Deputy Clerk